

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

State Board of Hairdressers and Cosmetologists
Austin, Texas

Dear Madam:        Attention: Mrs. Faye Stewart

Opinion No. O-1727
Re: If a person from another State
completed a beauty course be-
fore our law was passed of 750
hours and received a diploma,
would he be permitted to com-
plete the required 1000 hour
course as prescribed by our law,
thereafter taking the state
board examination, or would he
be required to enroll for a full
six months' course of 1000 hours
to be eligible for the examina-
tion?

Your letter of recent days, touching the above
matter, has been given our careful attention.

Section 14 of Article 734b, Penal Code of Texas,
reads as follows:

"Non-resident hairdressers or cosmetolo-
gists and graduates of licensed schools may
only apply for the examination under the act
upon the payment of the examination and license
fee and shall have served the required time as
a student or have been engaged in the practice
of hairdressing and cosmetology for two (2)
years in a state having requirements equal to
the requirements as provided in this act."

With reference to the situation instanced in
your communication, two things stand out in the statute
above quoted. In the first place, recognition is given
to non-resident graduates of licensed schools; secondly,

"NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT"

State Board of Hairdressers and Cosmetologists, Page 2

it is required that such non-resident shall have served the hours required as a student. Elsewhere, in the statute, it is provided that a student shall serve 1000 hours. Presumably, the school of the other state, mentioned in your letter, is a licensed school within the purview of the statute.

You are therefore respectfully advised that it is the opinion of this department that the applicant described by you in your letter should be permitted to complete the required 1000 hour course as prescribed by our law, and thereafter be permitted to take the state board's examination, and that he would not be required to enroll for a full six months' course of 1000 hours to be eligible therefor.

We trust this answers your inquiry satisfactory and we remain

Very truly yours

ATTORNEY GENERAL OF TEXAS

By                    
                 Wm. J. Fanning
                 Assistant

By                    
                 Zollie C. Steakley

ZCS:AW

APPROVED DEC 2, 1939

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS

